No. 935. COMPAGNA ET AL. *v.* UNITED STATES;
No. 942. MARITOTE *v.* UNITED STATES; and
No. 946. KAUFMAN *v.* UNITED STATES. April 2, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. Scott Stewart* for petitioners in No. 935. *Francis Maritote, pro se. Messrs. J. Bertram Wegman* and *Harold Simandl* for

petitioner in No. 946. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 146 F. 2d 524.